UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL SHOULTS, JR.,

                Plaintiff,                9:14-cv-1184
                                                      (GLS/DJS)
            v.

MD PANG L. KOOI et al.,

                Defendants.
_____

**APPEARANCES:**                              **OF COUNSEL:**

**FOR THE PLAINTIFF:**
MICHAEL SHOULTS, JR.
Pro Se
11-B-1527
Cayuga Correctional Facility
P.O. Box 1186
Moravia, N.Y. 13118

**FOR THE DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN      DENISE P. BUCKLEY
New York State Attorney General      Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

      The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly

filed on January 28, 2016.  (Dkt. No. 18.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 18) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the defendants' motion to dismiss (Dkt. No. 12) based upon Plaintiff's failure to exhaust available administrative remedies prior to bringing this action is DENIED without prejudice and with leave to renew at a later date upon a fuller record; and it is further

**ORDERED** that defendants shall file an answer to the complaint as permitted under the Federal Laws of Civil Procedure; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

February 23, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge