**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL SHOULTS, JR.,**

                **Plaintiff,**　　　　　　　9:14-cv-1184
　　　　　　　　　　　　　　　　　　　　　　　(GLS/DJS)
                v.

**MD PANG L. KOOI *et al.*,**

                **Defendants.**
_____
**APPEARANCES:**　　　　　　　　　　**OF COUNSEL:**

**FOR THE PLAINTIFF:**

MICHAEL SHOULTS, JR.
Plaintiff, *Pro Se*
11-B-1527
Cayuga Correctional Facility
P.O. Box 1186
Moravia, New York 13118

**FOR THE DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN　　　DENISE P. BUCKLEY
Attorney General of the　　　　　　　Assistant Attorney General
 State of New York
The Capitol
Albany, New York 12224

**Gary L. Sharpe
Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly filed on May 25, 2017. (Dkt. No. 30.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 30) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 25) is **GRANTED** and the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the clerk provide a copy of this Order to the parties in accordance with the court's Local Rules of Practice.

**IT IS SO ORDERED.**

June 16, 2017
Albany, New York

Gary L. Sharpe
U.S. District Judge